UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MARCUS J. WILLIAMSON

DOCKET NO. 6:21-cv-3880
SECTION P

VERSUS

JUDGE ROBERT R. SUMMERHAYS

LAFAYETTE PARISH
CORRECTIONAL CENTER, ET AL

MAGISTRATE JUDGE WHITEHURST

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the following defendants be **DISMISSED WITH PREJUDICE** from this suit: (1) Lafayette Parish Correctional Center; (2) Unknown Deputy #1; (3) Unknown Deputy #2; (4) Unknown Inmate; (5) Lt. Spears; (6) Paula Smith; and (7) Mark Garber.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following claims be **DISMISSED WITH PREJUDICE**: (1) Mental pain and anguish as a result of excessive police force; (2) Defamation of character; (3) Freedom of speech, religion, assembly on the part of the Lafayette Parish Correction Center "forces religion on you;" (4) Right to procedural due process; (5) Unreasonable search and seizures; (6) Losing job

or being passed over for a promotion; (7) Cruel and unusual punishment in the form of humiliation; and (8) Unlawful detention.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 29th day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE