UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS J. WILLIAMSON** | **DOCKET NO. 6:21-cv-3880**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE PARISH**<br>**CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Subpoena (rec. doc. 31) be **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against Donald Landry be **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C.1915(e)(2), as frivolous, for failing to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of October, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE