UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS JOSEPH WILLIAMSON** | **CASE NO. 6:21-CV-03880 (SECTION P)** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE PARISH CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### ORDER

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and having considered Plaintiff's objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant Sgt. Dylan Plaisance [ECF No. 42] is DENIED.

THUS DONE in Chambers on this 4th day of April, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE