UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS JOSEPH WILLIAMSON | CASE NO. 6:21-CV-03880 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LAFAYETTE PARISH CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons set forth in the Report and Recommendation ("R&R") of the Magistrate Judge [ECF No. 72], as modified by the Court's Ruling issued this day, and after a de novo review of the record, including the objections filed to the R&R,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [ECF No. 59] is GRANTED, and this civil action is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this __16th__ day of July, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE